## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR326** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **JESUS A. IXTA-SALAZAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR") and the government's objections thereto (Filing Nos. 73, 74). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The government argues that the Defendant is subject to a term of mandatory life imprisonment under 21 U.S.C. § 851 and that his offense level should be enhanced by 2 levels for obstruction of justice (the latter issue might become moot depending on the resolution of the first issue). The objections will be heard at sentencing, and because it appears that the sentencing cannot be accomplished within the 30 minutes now allotted for the hearing counsel must contact Edward Champion immediately and reschedule the hearing.

IT IS ORDERED:

1. The government's Objections to the Presentence Investigation Report (Filing No. 73, 74) will be heard at sentencing;

2. Otherwise the Court's tentative findings are that the Presentence Investigation Report is correct in all respects;

3.       If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4.       Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5.       Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 24th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge