IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08CR326 |
| vs. | ) | |
| | ) | |
| JESUS A. IXTA-SALAZAR, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on August 28, 2008 [10] and October 20, 2008 [25].

IT IS ORDERED:

1.    The request for transcript, filing [129] is granted.

2.    Jesus A. Ixta-Salazar, is ordered to pay to the Clerk of Court the amount of $106.70. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.   Likewise, should the cost of the transcript be less than $106.70 a refund check will be issued.   Note:  The estimated cost of the transcript would be $80.30 if requested to be prepared within 30 calendar days.

3.    Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on August 28, 2008 [10] and October 20, 2008 [25].  A paper copy of the transcript shall be mailed to the requestor.

Dated:  September 9, 2010.

BY THE COURT:


F.A. Gossett
United States Magistrate Judge