# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:08CR326** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JESUS A. IXTA-SALAZAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This motion is before the Court on the Defendant's motions to appoint counsel (Filing Nos. 135, 139) and for an extension of time to file a reply brief (Filing No. 146).

The request for appointment of counsel is being held in abeyance, as the Court previously stated.  The request will not be considered until after all of the parties' briefs are submitted.

The request for an extension of time will be granted.  However, the extension is lengthy and it is unlikely that any further extension will be granted.

IT IS ORDERED:

1.      The Defendant's motions for appointment of counsel (Filing Nos. 135, 139) are held in abeyance;

2.      The Defendant's motion for an extension of time to file a reply brief (Filing No. 146) is granted;

3.      The Defendant's reply brief must be filed on or before August 26, 2011; and

4.      The Clerk is directed to mail a copy of this Memorandum and Order to the

Defendant at his last known address.

DATED this 14th day of July, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge