IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:08CR326 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JESUS IXTA-SALAZAR, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's "60(a) Motion to Redress Clerical Error FRCivP" (#177). Upon review of the defendant's motion, the court cannot determine the document the defendant believes contains a clerical mistake or a mistake arising from oversight or omission.

**IT IS ORDERED:**

1. The defendant is given until **September 20, 2013**, to file an amended motion setting out the document he references and the clerical mistake or mistake arising from oversight or omission contained in the document.

2. The Clerk is directed to send a copy of this Order to the pro se defendant.

Dated this 29th day of August 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge