**DRAFT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR326** |
| **Plaintiff,** | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **JESUS IXTRA-SALAZAR,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion and Affidavit for Permission to Appeal in forma pauperis, ECF No. 204. For the same reasons stated in the Court's previous Memorandum and Order, EFC No. 198, the Motion will be denied.

IT IS ORDERED:

1. The Defendant's Motion and Affidavit for Permission to Appeal in forma pauperis, ECF No. 204, is denied; and

2. The Clerk is directed to mail a copy of this memorandum and order to the Defendant at his last known address.

DATED this 23rd day of June, 2017.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge