IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:08CR326 |
| vs. | |
| JESUS A. IXTA-SALAZAR, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Copies (Filing No. 210). Defendant seeks a copy of his Writ of Habeas Corpus Ad Prosequendum at Filing No. 9, and a copy of his Arrest Warrant at Filing No. 18. The documents sought by the defendant are Restricted, however, as a case participant, the defendant may receive copies upon payment received by the Court.

**IT IS ORDERED:**

1. The defendant's Motion for Copies [210] is granted.

2. The Clerk of Court is directed to mail copies of Filings 9 and 18 to the defendant upon receipt of the $1.00 fee for the costs of the copies.

Dated this 8th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge